Frank Johnson LEE, Petitioner–
Appellant,

v.

UNKNOWN; Director, Virginia
Department of Corrections,
Respondents–Appellees.

No. 15–7144.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Frank Johnson Lee, Appellant Pro Se.
Eugene Paul Murphy, Office of the Attor-
ney General of Virginia, Richmond, Virgi-
nia, for Appellee.

Before NIEMEYER, KING, and
HARRIS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Frank Johnson Lee seeks to appeal the
district court's order dismissing as untime-
ly his 28 U.S.C. § 2254 (2012) petition.
The order is not appealable unless a circuit
justice or judge issues a certificate of ap-
pealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Lee has not
made the requisite showing. Accordingly,
we deny Lee's motions for a certificate of
appealability and for injunctive relief pend-
ing appeal, and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*DISMISSED.*